IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. **5-23CR-077-H** |
| HOPE LETICIA HASTEY | |

### INFORMATION

The United States Attorney Charges:

Count One
Misprision of a Felony
(Violation of 18 U.S.C. § 4)

From on or about a date unknown to on or about May 18, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Hope Leticia Hastey**, having knowledge of the commission of a felony, that is, Bank Fraud, a violation of Title 18, United States Code, Section 1344(2), that was committed by another to obtain Paycheck Protection Program loans, did conceal the same by writing and depositing a check to make it appear as though proceeds from the fraudulently obtained loans were used for purposes authorized under the loan program and did not as soon as possible make known the felony a federal judge or other person in civil and military authority under the United States.

In violation of Title 18, United States Code, Section 4.

**Hope Leticia Hastey**
**Information – Page 1**

Forfeiture Notice
[18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)]

Upon conviction for the offense set forth in Count One of this information, the defendant, **Hope Leticia Hastey**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense.

The property to be forfeited includes, but is not limited to, the following:

a. All proceeds obtained as a result of the offense in Count One, in the form of a money judgment in an amount of no less than $3,387,347.50 (to be reduced by the post-forfeiture recognized value of the assets below);

b. $58,488.10 in funds seized on or about July 20, 2022, from an Amarillo National Bank account with a number ending in 3741;

c. $1,182.33 in funds received or about July 20, 2022, from Happy State Bank concerning a seizure warrant served on Happy State Bank for the account with an account number ending in 7921;

d. $1,272.12 in funds received on or about July 20, 2022, from Happy State Bank concerning a seizure warrant served on Happy State Bank for the account with an account number ending in 7846;

e. $38,754.74 in funds seized on or about August 2, 2022, from a First United Bank account with an account number ending in 6485;

f. $48,580.95 in funds seized on or about August 17, 2022, from a First United Bank account with an account number ending in 6515;

g. $19,016.11 in funds seized on or about September 2, 2022, from an Amarillo National Bank account with an account number ending in 2508;

h. $10,702.48 in funds seized on or about September 2, 2022, from a First United Bank account with an account number ending in 2928;

  i. $6,119.43 in funds seized on or about September 2, 2022, from an Amarillo National Bank account with an account number ending in 7054;

  j. $26,815.11 in funds seized on or about September 2, 2022, from a First United Bank account with an account number ending in 2944;

  k. the 2020 Peterbilt 389 tractor, VIN 1NPXX4EXXLD683659, license plate R576359;

  l. the 2018 Peterbilt 389 tractor, VIN 1NPXGGGG80D273341, license plate R576358;

  m. the 2022 Caterpillar Excavator 308, VIN 0GG804960;

  n. the 2021 Jeep Gladiator Mojave, VIN 1C6JJTEG7ML543589, license plate PVH8426;

  o. the 2021 Lincoln Corsair, VIN 5LMCJ1C91MUL23703, license plate RHW8591;

  p. the 2022 Kia K5 GT, VIN 5XXG44J81NG097701, license plate PZR2476;

  q. the 2021 Jeep Wrangler Unlimited Rubicon, VIN 1C4HJXFG5MW758173, license plate PZR2387;

  r. the 2021 Load Trail trailer, VIN 4ZEGH3225M1236193, license plate 580022K;

  s. the 2021 Lincoln Navigator Reserve, VIN 5LMJJ2LT7MEL17164, license plate PZR2846;

  t. the 2020 Ford Explorer ST, VIN 1FM5K8GC5LGC98468, license plate NNN2674; and

  u. the real property (the lot or parcel of land, together with all buildings, improvements, fixtures, attachments, and easements) located at 11110 Detroit Avenue, Lubbock, Lubbock County, Texas, more specifically described as Lot One Hundred Thirty (130), Cooper Creek Addition to the City of Lubbock, Lubbock, County, Texas, according to the Map, Plat, and/or Dedication Deed thereof, recorded in Volume 10061, Page 174, Official Public Records of Lubbock County, Texas.

**Hope Leticia Hastey**
**Information – Page 3**

If, as set forth under 21 U.S.C. § 853(p), any property described above cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, to the extent of the value of the property directly subject to forfeiture, shall be subject to forfeiture, as substitute property.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Ann Howey*

ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  (806) 472-7351
Facsimile:  (806) 472-7394
E-mail:  ann.howey@usdoj.gov